UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY HERMO,

        Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.*,

        Defendants.

19-CV-10471 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

By letter dated January 8, 2020, Plaintiff requested an extension of time to file his amended complaint. (ECF No. 10.) Plaintiff's request is granted, and his amended complaint is due by February 27, 2020.

SO ORDERED.

Dated:   January 27, 2020
        New York, New York

                                  COLLEEN McMAHON
                                  Chief United States District Judge