UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY HERMO,<br><br>                    Plaintiff,<br><br>          -against-<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>                    Defendants. | 19-CV-10471  (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued May 5, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    A copy of this judgment is to be mailed in chambers.

SO ORDERED.

Dated:  May 5, 2020
          New York, New York

                                                              *Louis L. Stanton*
                                                              Louis L. Stanton
                                                                  U.S.D.J.